No. 1286. WISCONSIN PUBLIC SERVICE CORP. *v.* FEDERAL POWER COMMISSION; and

No. 1297. WISCONSIN *v.* FEDERAL POWER COMMISSION. June 18, 1945. Petitions for writs of certiorari to

the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. J. G. Hardgrove* and *Bert Vandervelde* for petitioner in No. 1286. *John E. Martin,* Attorney General of Wisconsin, and *H. T. Ferguson,* Assistant Attorney General, for petitioner in No. 1297. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Chester T. Lane, Paul A. Sweeney, Charles V. Shannon* and *Howard E. Wahrenbrock* for respondent. Reported below: 147 F. 2d 743.